Vincent M. Spohn, Esq.  (CSB No. 092334)
Law Offices of Vincent Martin Spohn, A.P.C.
1005 Jefferson Street, P.O. Box 5748
Napa, California  94581-0748
Telephone:     (707) 255-1885
Facsimile:      (707) 255-0974

Attorney for Plaintiffs
BRIAHNA RAY and KYMBERLI DENNETT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYMBERLI DENNETT, an individual; and BRIAHNA RAY, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>GARRETT WADE, a police officer; THOMAS KEENER, a police officer; CITY OF NAPA POLICE DEPARTMENT; and DOES 1 through 20, inclusive.<br><br>　　　　　　　Defendants. | Case No.:  3:14-cv-00073-CRB<br><br>**STIPULATION AND ORDER THEREON TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:   April 18, 2014<br>Time:   8:30 a.m.<br>Courtroom 6, 17th Floor<br><br>**Judge Charles R. Breyer** |

///

///

///

STIPULATION & ORDER THEREON TO CONTINUE CMC

1

Plaintiffs Kymberli Dennett and Briahna Ray, and Defendants Garrett Wade, Thomas Keener and wrongly named City of Napa Police Department (an administrative department of the City of Napa) (jointly, "City Defendants"), submit this Stipulation and Order Thereon To Continue Case Management Conference that the case management conference presently scheduled for April 18, 2014, be continued to a date and time convenient to the Court's calendar. This stipulation was requested by Plaintiffs Kymberli Dennett and Briahna Ray. It is not a joint request, however, counsel for Defendants David C. Jones is willing to support it.

Dated: April 11, 2014       LAW OFFICES OF VINCENT M. SPOHN, A.P.C.


By */s/ Vincent M. Spohn*
  VINCENT M. SPOHN
  Attorney for Plaintiffs
  KYMBERLI DENNETT and BRIAHNA RAY

Dated: April 11, 2014       NAPA CITY ATTORNEY'S OFFICE


By */s/ David C. Jones*
  MICHAEL W. BARRETT
  DAVID C. JONES
  Attorney for Defendants
  GARRETT WADE, THOMAS KEENER, and
  CITY OF NAPA POLICE DEPARTMENT

**IT IS SO ORDERED.**

The Case management conference presently set for April 18, 2014 is hereby continued to __May 23__, 2014.

Dated: __April 15__, 2014       _____
                                CHARLES R. BREYER
                                United States District Judge

STIPULATION & ORDER THEREON TO CONTINUE CMC

2