**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYMBERLI DENNETT, et al., | No. C -14-00073 (EDL) |
| Plaintiffs, | **ORDER** |
| v. | |
| GARRETT WADE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a case management conference is scheduled for November 18, 2014, at 10:00 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102. An updated joint case management statement must be filed no later than November 10, 2014.

**IT IS SO ORDERED.**

Dated: October 27, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge